IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARYSTA LIFESCIENCE<br>NORTH AMERICA CORPORATION<br><br>      Plaintiff,<br><br>      v.<br><br>AXSS USA, LLC<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. _____<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Plaintiff hereby makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Arysta Lifescience North America Corporation, Inc. is a privately held corporation.

2. The parent corporation of Arysta Lifescience North America Corporation is Arysta Lifescience Corporation.

3. There are no publicly traded corporations that own ten percent or more of Arysta Lifescience North America Corporation's stock.

          YOUNG CONAWAY
            STARGATT & TAYLOR, LLP

          /s/ Karen E. Keller
          John W. Shaw (No. 3362)
          Karen E. Keller (No. 4489)
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE 19801
          kkeller@ycst.com

          *Attorneys for Plaintiff*

Dated: February 29, 2008

OF COUNSEL:

HUNTON & WILLIAMS LLP
L. Neal Ellis, Jr.
Robert C. Van Arnam
One Bank of America Plaza
421 Fayetteville Street, Suite 1400
Raleigh, NC 27601
(919) 899-3000
nellis@hunton.com
rvanarnam@hunton.com

Dr. Estelle Tsevdos
200 Park Avenue, 52nd Floor
New York, NY 10166-0005
(212) 309-1021
etsevdos@hunton.com