IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARYSTA LIFESCIENCE<br>NORTH AMERICA CORPORATION<br><br>  Plaintiff,<br><br>   v.<br><br>AXSS USA, LLC<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 08-120-UNA<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of L. Neal Ellis, Jr., Esquire, Robert C. Van Arnam, Esquire and Dr. Estelle J. Tsevdos, Esquire of Hunton & Williams LLP to represent Plaintiff Arysta Lifescience North America Corporation in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office upon the filing of this motion.

                YOUNG CONAWAY
                  STARGATT & TAYLOR, LLP

                /s/ *Karen E. Keller*
                John W. Shaw (No. 3362)
                Karen E. Keller (No. 4489)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, DE 19801
                kkeller@ycst.com
                *Attorneys for Plaintiff*

Dated: February 29, 2008

## **ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys, L. Neal Ellis, Jr., Esquire, Robert C. Van Arnam, Esquire and Dr. Estelle J. Tsevdos, Esquire, Esquire, are admitted *pro hac vice*.

Dated: March___, 2008

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, L. Neal Ellis, Jr., Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina, (No. 12719), the Bar of the State of Virginia (No. 14796) and the Bar of the District of Columbia (No. 951780) and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

L. Neal Ellis, Jr.
Hunton & Williams LLP
421 Fayetteville St., Suite 1400
Raleigh, NC 27601
919-899-3000
919-833-6352 (fax)

Dated: 2/27/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert C. Van Arnam, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*Robert Van Arnam*
Robert C. Van Arnam
N.C. State Bar No. 28838
One Bank of America Plaza
421 Fayetteville Street, Suite 1400
Raleigh, NC 27601
(919) 899-3000
(919) 833-6352 (fax)
rvanarnam@hunton.com

Dated: 2/29/08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Dr. Estelle J. Tsevdos, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dr. Estelle J. Tsevdos  
Ohio State Bar No. 0019482  
Hunton & Williams LLP  
200 Park Avenue, 52nd Floor  
New York, New York 10166  
(212) 309-1000  
(212) 309-1100 (fax)  
etsevdos@hunton.com  

Dated: February 28, 2008