AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF**          DELAWARE

ARYSTA LIFESCIENCE
NORTH AMERICA CORPORATION

          Plaintiff(s),

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:    0 8  -  1 2 0

AXSS USA, LLC

          Defendant(s).

TO: (Name and address of defendant)

          AXSS USA, LLC
          c/o The Corporation Trust Company, Registered Agent
          Corporation Trust Center
          1209 Orange Street
          Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

          John W. Shaw, Esquire (#3362)
          Karen E. Keller, Esquire (#4489)
          Young Conaway Stargatt & Taylor, LLP
          The Brandywine Building
          1000 West Street, 17th Floor
          P. O. Box 391
          Wilmington, DE 19899-0391

an answer to the complaint which is herewith served upon you, within <u>20</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

DATE          FEB 2 9 2008

(BY) DEPUTY CLERK

DB02:6617117.1                                                    900002.0008

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  *3/3/08* |
| NAME OF SERVER (*PRINT*)  *FRANK JOYCE* | TITLE  *SPECIAL PROCESS SERVER* |

*Check one box below to indicate appropriate method of service*

☑ *REGISTERED AGENT*
☐ Served personally upon the defendant.  Place where served: *C/O CORPORATION TRUST CO, 1209 ORANGE ST, WILMINGTON DE 17801*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |

Executed on ___*3/3/08*___           _____
                Date                                          Signature of Server

                                *PARCELS INC. 230 N. MARKET ST*
                                Address of Server
                                *WILMINGTON, DE 19801*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.