IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARYSTA LIFESCIENCE NORTH AMERICA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AXSS USA, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 08-120-GMS<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Frederick L. Cottrell, III and the law firm of Richards, Layton & Finger, P.A. hereby enter their appearance on behalf of Defendant, Axss USA, LLC.

Of counsel:

Sandra J. Wunderlich
Stinson Morrison Hecker LLP
100 South Fourth Street, Suite 700
St. Louis, MO 63102
(314) 259-4560
swunderlich@stinson.com

Dated: March 25, 2008

Frederick L. Cottrell, III (#2555)  (#4023)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Axss USA, LLC*

RLF1-3265633-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

I hereby certify that on March 25, 2008, I have sent by Federal Express the foregoing document to the following non-registered participants:

L. Neal Ellis, Jr.
Robert C. Van Arnam
Hunton & Williams LLP
One Bank of America Plaza
421 Fayetteville Street, Suite 1400
Raleigh, NC 27601

Dr. Estelle Tsevdos
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, NY 10166-0005

_____
Anne Shea Gaza (#4093)