IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARYSTA LIFESCIENCE<br>NORTH AMERICA CORPORATION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 08-120-GMS |
| AXSS USA, LLC | ) ) | |
| Defendant. | ) | |

## REPLY TO COUNTERCLAIM

Plaintiff, ARYSTA LIFESCIENCE NORTH AMERICA CORPORATION (now known as

ARYSTA LIFESCIENCE NORTH AMERICA LLC), by and through its undersigned counsel,

and for its Reply to Defendant, AXSS USA, LLC's, *Answer, Affirmative Defenses and*

*Counterclaim,* hereby alleges as follows:

## COUNTERCLAIM

1.     Admitted that the counterclaim purports to allege an action for a declaration of

patent invalidity and non-infringement under the Declaratory Judgment Act, 28 U.S.C. §§ 2201

and 2202, and under the United States patent laws, 35 U.S.C. §§ 101, *et. seq.*; otherwise denied.

2.     This paragraph calls for a legal conclusion to which no response is necessary.

3.     Admitted.

4.     Admitted.

5.     Admitted.

6.     Upon information and belief, admitted.

7.     Denied that Axss has denied all of Arysta's allegations regarding its infringement claim against Axss;  otherwise admitted.

8.     Denied.

9.     Denied.

10.     Denied that Axss has properly raised a contest regarding validity and unenforceability of U.S. Patent No. 5,705,648, or that any contest exists concerning any other patent rights of plaintiff;  otherwise admitted.

11.     Denied.

12.     Denied.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (#3362)
jshaw@ycst.com
Karen Keller (#4489)
kkeller@ycst.com
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

OF COUNSEL:

L. Neal Ellis, Jr. (N.C. State Bar No. 12719)
nellis@hunton.com
Robert C. Van Arnam (N.C. State Bar No. 28838)
rvanarnam@hunton.com
HUNTON & WILLIAMS LLP
One Bank of America Plaza
421 Fayetteville Street, Suite 1400
Raleigh, NC 27601
(919) 899-3000

Dr. Estelle Tsevdos (Ohio State Bar No. 19462)
etsevdos@hunton.com
200 Park Avenue, 52nd Floor
New York, NY 10166-0005
(212) 309-1021

*Counsel for Plaintiff Arysta LifeScience*
*North America LLC (f/k/a Arysta LifeScience*
*North America Corporation)*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> cottrell@rlf.com
> Anne Shea Gaza, Esquire
> gaza@rlf.com
> Richards Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on April 14, 2008, I caused a true and correct copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Sandra J. Wunderlich, Esquiqre
> swunderlich@stinson.com
> STINSON MORRISON HECKER LLP
> 100 South Fourth Street, Suite 700
> St. Louis, MO  63102

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


/s/ Karen E. Keller
John W. Shaw (No. 3362)
jingersoll@ycst.com
Karen E. Keller (No. 4489)
kkeller@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600