IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARYSTA LIFESCIENCE NORTH AMERICA CORPORATION, </br></br>  Plaintiff, </br></br> v. </br></br> AXSS USA, LLC, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 08-120-GMS </br> ) </br> ) </br> ) </br> ) |

### MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5, and the attached certifications, undersigned counsel hereby moves the admission *pro hac vice* of Sandra J. Wunderlich and Penny R. Slicer of Stinson Morrison Hecker LLP to represent Axss USA, LLC in the above-captioned action.

OF COUNSEL:

Sandra J. Wunderlich
Penny R. Slicer
Stinson Morrison Hecker LLP
100 South Fourth Street, Suite 700
St. Louis, MO 63102
(314) 259-4560
swunderlich@stinson.com

Dated: June 5, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Defendant Axss USA, LLC*

IT IS HEREBY ORDERED this _____ day of _____, 2008 that counsel's motion for admission *pro hac vice* is GRANTED.

_____
Judge, U.S.D.C.

## **CERTIFICATION**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri, Kansas, and Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

/s/ Sandra J. Wunderlich
Sandra J. Wunderlich
Stinson Morrison Hecker LLP
168 N. Meramec Avenue, Floor 2
St. Louis, MO 63105

Dated: June 4, 2008

## CERTIFICATION

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

_____
Penny R. Slicer
Stinson Morrison Hecker LLP
1201 Walnut
Suite 2900
Kansas City, MO 64106-2150

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600

I hereby certify that on June 5, 2008, I have sent by Federal Express the foregoing document to the following non-registered participants:

L. Neal Ellis, Jr.
Robert C. Van Arnam
Hunton & Williams LLP
One Bank of America Plaza
421 Fayetteville Street, Suite 1400
Raleigh, NC 27601

Dr. Estelle Tsevdos
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, NY 10166-0005

Anne Shea Gaza (#4093)