IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARYSTA LIFESCIENCE NORTH AMERICA CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-120-GMS |
| ) | |
| AXSS USA, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

WHEREAS, the parties in this matter have been and continue to be actively engaged in settlement negotiations to try and resolve this matter;

WHEREAS, the parties have prepared a non-binding term sheet for a potential settlement and are in the process of negotiating the details of those terms; and

WHEREAS, the parties would like to devote their attention and resources to finalizing the term sheet and preparing a formal settlement agreement so that this action can be dismissed, rather than undergo the expense of continuing to litigate against each other;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all litigation activity and deadlines in this action are stayed for 60 days from the entry of this Order. At the conclusion of that 60-day period, if a stipulation of dismissal has not been filed, counsel shall submit a joint status report to the Court setting forth: (a) the status of the parties' efforts to finalize their settlement; and (b) counsels' views as to whether a further extension of this stay would be productive.

RLF1-3317372-1

| | |
|---|---|
| /s/ Karen E. Keller | /s/ Anne Shea Gaza |
| John W. Shaw (#3362) | Frederick L. Cottrell, III (#2555) |
| Karen E. Keller (#4489) | cottrell@rlf.com |
| Young, Conaway, Stargatt & Taylor, LLP | Anne Shea Gaza (#4093) |
| The Brandywine Building | gaza@rlf.com |
| 1000 West Street, 17th Floor | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19899-0391 | One Rodney Square |
| 302-571-6600 | 920 N. King Street |
| jshaw@ycst.com | Wilmington, DE 19801 |
| kkeller@ycst.com | (302) 651-7700 |
| *Attorneys for Plaintiff Arysta Lifescience North America Corporation* | *Attorneys for Defendant Axss USA, LLC* |

**SO ORDERED** this ____ day of September, 2008.

_____
Honorable Gregory M. Sleet, U.S.D.C.

RLF1-3317372-1